# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 31, 2013

Mr. Phillip W. Lambert
KOEHLER & NEAL
3330 Erieview Tower
1301 E. Ninth Street
Cleveland, OH  44114

RE:  13-3381  Philadelphia Cons. Holding v. Hodell-Natco Industries

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

LLB

Enclosure(s)

cc: Ms. Kara D Helmuth
    Mr. James F. Koehler
    Ms. Gayle D. Madden
    Mr. Steven Howard Schwartz
    Mr. Joseph Raymond Soraghan
    Mr. James G. Woodward
    Ms. Teresa Michelle Young

District Court/Agency Case Number(s): 4:12-cv-01005-CDP

**Caption For Case Number:   13-3381**

Philadelphia Consolidated Holding Corporation, doing business as Philadelphia Insurance Companies

       Plaintiff - Appellee

v.

LSI-Lowery Systems, Inc.

       Defendant

Hodell-Natco Industries, Inc.

       Defendant - Appellant

The Integrated Business Solutions Group, Inc.

       Defendant

**Addresses For Case Participants:   13-3381**

Mr. Phillip W. Lambert
KOEHLER & NEAL
3330 Erieview Tower
1301 E. Ninth Street
Cleveland, OH  44114

Ms. Kara D Helmuth
DANNA MCKITRICK, P.C.
Suite 800
7701 Forsyth Boulevard
Saint Louis, MO  63105

Mr. James F. Koehler
KOEHLER & NEAL
3330 Erieview Tower
1301 E. Ninth Street
Cleveland, OH  44114

Ms. Gayle D. Madden
3rd Floor
Thomas F. Eagleton U.S. Courthouse
111 S. Tenth Street
Saint Louis, MO  63102-1116


Mr. Steven Howard Schwartz
BROWN & JAMES
Suite 1100
800 Market Street
Saint Louis, MO  63101

Mr. Joseph Raymond Soraghan
DANNA MCKITRICK, P.C.
Suite 800
7701 Forsyth Boulevard
Saint Louis, MO  63105

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Ms. Teresa Michelle Young
BROWN & JAMES
Suite 1100
800 Market Street
Saint Louis, MO  63101