IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| PHILADELPHIA CONSOLIDATED HOLDING CORP., d/b/a PHILADELPHIA INSURANCE COS. | ) ) ) ) | |
| Appellee, | ) ) | CASE NO. 13-3381 |
| v. | ) ) | |
| HODELL-NATCO INDUSTRIES, INC., | ) ) ) | |
| Appellant. | ) | |

## APPELLANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.App.P. 26.1(a) and 8th Circuit Rule 26.1A, Appellant Hodell-Natco Industries, Inc. ("Hodell") submits the following Corporate Disclosure Statement:

1. Hodell does not have any parent corporations.

2. There is no publicly held corporation that owns 10% or more of Hodell's stock.

                                              Respectfully submitted,

                                              /s/ P. Wesley Lambert
                                              James F. Koehler (Ohio Bar. No. 0007904)
                                              jkoehler@koehlerneal.com
                                              Timothy J. Fitzgerald (Ohio Bar No. 0042734)
                                              tfitzgerald@koehlerneal.com
                                              P. Wesley Lambert (Ohio Bar No. 0076961)
                                              wlambert@koehlerneal.com
                                              KOEHLER NEAL LLC
                                              3330 Erieview Tower
                                              Cleveland, Ohio 44114
                                              Phone: (216) 539-9370
                                              Fax: (216) 916-4369
                                              *Attorneys for Appellant Hodell-Natco Industries, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 4, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ P. Wesley Lambert
P. Wesley Lambert (Ohio Bar No. 0076961)
*Attorney for Appellant Hodell-Natco Industries, Inc.*