IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| PHILADELPHIA CONSOLIDATED HOLDING CORP. d/b/a PHILADELPHIA INSURANCE COMPANIES, | )<br>)<br>) |
| Appellee, | ) Case No.: 13-3397 |
| v. | ) |
| LSI-LOWERY SYSTEMS, INC., | ) |
| Appellant. | ) |

## STATEMENT OF ISSUES
## OF APPELLANT LSI-LOWERY SYSTEMS, INC.

COMES NOW the Separate Appellant LSI-Lowery Systems, Inc. ("LSI") and, for its Statement of Issues, states as follows:

**I.  STATEMENT OF ISSUES.**

1.  Whether the District Court erred in its judgment dated October 9, 2013 (Doc. 74,75) granting the Motion for Summary Judgment filed by Plaintiff-Appellee Philadelphia Consolidated Holding Corp., d/b/a Philadelphia Insurance Companies ("PIC") (doc. Nos. 50, 52) and holding that PIC has no duty to defend or indemnify Defendant-Appellant LSI against the claims asserted by Hodell in the separate action pending in the Northern District of Ohio, Eastern Division as Case No. 1:08-cv-2755.

Respectfully submitted,

/s/ Timothy K. Kellett
Timothy K. Kellett, 26555MO
Attorney for separate Defendant
LSI-Lowery Systems, Inc.
911 Washington Avenue - Suite 400
St. Louis, Missouri 63101-1208
(314) 241-4505
(314) 241-7779 (Fax)
tkellett@hrkllc.com
*Attorney for LSI-Lowery Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 13, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Timothy K. Kellett
Timothy K. Kellett (Mo.Bar No. 26555)
*Attorney for LSI-Lowery Systems, Inc.*